B 10S2 (Supplement 2) (12/11)

# UNITED STATES BANKRUPTCY COURT

Eastern District of Michigan

In re  Robert M. Worden ,   Case No. 13-42475-SWR
Debtor
Chapter 13

## Notice of Postpetition Mortgage Fees, Expenses, and Charges

If you hold a claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any postpetition fees, expenses, and charges that you assert are recoverable against the debtor or against the debtor's principal residence. File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of creditor:** Schultz Estates II Association    **Court claim no. (if known):** 13

**Last four digits** of any number you use to identify the debtor's account:   0  2  1  2

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No
☐ Yes. Date of the last notice: _____
  mm/dd/yyyy

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates Incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | | (3) | $ _____ |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ _____ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ _____ |
| 7. Property inspection fees | | (7) | $ _____ |
| 8. Tax advances (non-escrow) | | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ _____ |
| 11. Other. Specify: Additional Assessment | Effective 03/01/14-see Exhibit A | (11) | $ 552.00 |
| 12. Other. Specify:_____ | | (12) | $ _____ |
| 13. Other. Specify:_____ | | (13) | $ _____ |
| 14. Other. Specify:_____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.

☐ I am the creditor.

☑ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

| | |
|---|---|
| **X** /s/ Catherine A. Deciechi-Slagle<br>Signature | Date 04/03/2014<br>mm/dd/yyyy |
| **Print:** Catherine A. Deciechi-Slagle<br>First Name   Middle Name   Last Name | Title Attorney for Schultz Estates II Association |
| **Company** Michigan Collection Lawyers, PLLC | |
| **Address** P.O. Box 380765<br>Number   Street<br>Clinton Township, MI 48038<br>City   State   ZIP Code | |
| **Contact phone** (586) 439-0619 | Email catherined@michigancollectionlawfirm.com |

TO: All Schultz Estates II Co-Owners

FROM: Stamper and Company and Board of Directors

RE: 2014 Budget / Additional Assessment

DATE: December 5, 2013

The Schultz Estates II Condominium Association Board of Directors have reviewed and approved the attached 2014 budget. After reviewing the expenses, the Board has not found it necessary to increase the monthly Association dues payment.

The Board has however reviewed the Association non-fixed operating building expenses and have determined that additional income is needed to fund the needed 2014 projects along with adding funding to the contingency reserve. Therefore, a total additional assessment of $200,000 has been approved for the following work; rotten wood replacement, siding and trim, roof replacement, concrete replacement, painting, fence replacement, exterior light fixture replacement and reserve funding.

Each unit style has a different percentage value as detailed in the Master Deed, therefore please refer to the attached list showing the total additional assessment amount owing for your unit. The additional assessment is effective March 1, 2014 and is made payable over six months on March, April, May, June, July and August 1, 2014.

If you pay with monthly coupons, a 2014 coupon booklet and payment envelopes has been included with this mailing. If you pay through automatic payment through Stamper and Company, a coupon book has not been included. Special note to automatic withdraw payment makers: The 2014 additional assessment **will** automatically come out of your account unless you advise Stamper and Company in writing to not do so.

For those of you that are not signed up for automatic withdraw (ACH) of your monthly dues, please remember that you can sign up for this payment option at any time during the year. Your monthly dues will be automatically withdrawn on the 5th of each month. Please contact Stamper and Company for the proper forms if you are interested in signing up for this payment option.

The Association appreciates your cooperation and understanding in this most important matter. We look forward to a great year with Schultz Estates II and will continue to work to meet the needs of the Association, while being fiscally responsible.

| UNIT | % VALUE | MONTHLY DUES JAN. THRU DEC. | ADDITIONAL ASSESSMENT MARCH THRU AUG. | TOTAL DUE MARCH THRU AUG. |
|---|---|---|---|---|
| 1 | 0.00336 | $ 195 | $ 112 | $ 307 |
| 2 | 0.00323 | $ 187 | $ 108 | $ 295 |
| 3 | 0.00323 | $ 187 | $ 108 | $ 295 |
| 4 | 0.00323 | $ 187 | $ 108 | $ 295 |
| 5 | 0.00323 | $ 187 | $ 108 | $ 295 |
| 6 | 0.00336 | $ 195 | $ 112 | $ 307 |
| 7 | 0.00316 | $ 183 | $ 105 | $ 288 |
| 8 | 0.00301 | $ 174 | $ 100 | $ 274 |
| 9 | 0.00301 | $ 174 | $ 100 | $ 274 |
| 10 | 0.00301 | $ 174 | $ 100 | $ 274 |
| 11 | 0.00301 | $ 174 | $ 100 | $ 274 |
| 12 | 0.00316 | $ 183 | $ 105 | $ 288 |
| 13 | 0.00316 | $ 183 | $ 105 | $ 288 |
| 14 | 0.00301 | $ 174 | $ 100 | $ 274 |
| 15 | 0.00301 | $ 174 | $ 100 | $ 274 |
| 16 | 0.00301 | $ 174 | $ 100 | $ 274 |
| 17 | 0.00301 | $ 174 | $ 100 | $ 274 |
| 18 | 0.00301 | $ 174 | $ 100 | $ 274 |
| 19 | 0.00301 | $ 174 | $ 100 | $ 274 |
| 20 | 0.00316 | $ 183 | $ 105 | $ 288 |
| 21 | 0.00336 | $ 195 | $ 112 | $ 307 |
| 22 | 0.00323 | $ 187 | $ 108 | $ 295 |
| 23 | 0.00323 | $ 187 | $ 108 | $ 295 |
| 24 | 0.00323 | $ 187 | $ 108 | $ 295 |
| 25 | 0.00323 | $ 187 | $ 108 | $ 295 |
| 26 | 0.00336 | $ 195 | $ 112 | $ 307 |
| 27 | 0.00329 | $ 191 | $ 110 | $ 301 |
| 28 | 0.00263 | $ 152 | $ 88 | $ 240 |
| 29 | 0.0029 | $ 168 | $ 97 | $ 265 |
| 30 | 0.00277 | $ 160 | $ 92 | $ 252 |
| 31 | 0.00329 | $ 191 | $ 110 | $ 301 |
| 32 | 0.00263 | $ 152 | $ 88 | $ 240 |
| 33 | 0.0029 | $ 168 | $ 97 | $ 265 |
| 34 | 0.00277 | $ 160 | $ 92 | $ 252 |
| 35 | 0.00329 | $ 191 | $ 110 | $ 301 |
| 36 | 0.00263 | $ 152 | $ 88 | $ 240 |
| 37 | 0.0029 | $ 168 | $ 97 | $ 265 |
| 38 | 0.00277 | $ 160 | $ 92 | $ 252 |
| 39 | 0.00329 | $ 191 | $ 110 | $ 301 |
| 40 | 0.00263 | $ 152 | $ 88 | $ 240 |
| 41 | 0.0029 | $ 168 | $ 97 | $ 265 |
| 42 | 0.00277 | $ 160 | $ 92 | $ 252 |
| 43 | 0.00336 | $ 195 | $ 112 | $ 307 |
| 44 | 0.00323 | $ 187 | $ 108 | $ 295 |
| 45 | 0.00323 | $ 187 | $ 108 | $ 295 |
| 46 | 0.00323 | $ 187 | $ 108 | $ 295 |
| 47 | 0.00323 | $ 187 | $ 108 | $ 295 |
| 48 | 0.00336 | $ 195 | $ 112 | $ 307 |
| 49 | 0.00329 | $ 191 | $ 110 | $ 301 |
| 50 | 0.00263 | $ 152 | $ 88 | $ 240 |
| 51 | 0.0029 | $ 168 | $ 97 | $ 265 |
| 52 | 0.00277 | $ 160 | $ 92 | $ 252 |
| 53 | 0.0034 | $ 197 | $ 113 | $ 310 |
| 54 | 0.00323 | $ 187 | $ 108 | $ 295 |
| 55 | 0.00323 | $ 187 | $ 108 | $ 295 |
| 56 | 0.00323 | $ 187 | $ 108 | $ 295 |
| 57 | 0.00323 | $ 187 | $ 108 | $ 295 |
| 58 | 0.0035 | $ 203 | $ 117 | $ 320 |
| 59 | 0.00329 | $ 191 | $ 110 | $ 301 |
| 60 | 0.00263 | $ 152 | $ 88 | $ 240 |
| 61 | 0.0029 | $ 168 | $ 97 | $ 265 |
| 62 | 0.00277 | $ 160 | $ 92 | $ 252 |
| 63 | 0.00329 | $ 191 | $ 110 | $ 301 |
| 64 | 0.00263 | $ 152 | $ 88 | $ 240 |
| 65 | 0.0029 | $ 168 | $ 97 | $ 265 |
| 66 | 0.00277 | $ 160 | $ 92 | $ 252 |
| 67 | 0.00329 | $ 191 | $ 110 | $ 301 |
| 68 | 0.00263 | $ 152 | $ 88 | $ 240 |
| 69 | 0.0029 | $ 168 | $ 97 | $ 265 |
| 70 | 0.00277 | $ 160 | $ 92 | $ 252 |
| 71 | 0.00329 | $ 191 | $ 110 | $ 301 |
| 72 | 0.00263 | $ 152 | $ 88 | $ 240 |
| 73 | 0.0029 | $ 168 | $ 97 | $ 265 |
| 74 | 0.00277 | $ 160 | $ 92 | $ 252 |
| 75 | 0.00329 | $ 191 | $ 110 | $ 301 |
| 76 | 0.00263 | $ 152 | $ 88 | $ 240 |
| 77 | 0.0029 | $ 168 | $ 97 | $ 265 |
| 78 | 0.00277 | $ 160 | $ 92 | $ 252 |
| 79 | 0.00329 | $ 191 | $ 110 | $ 301 |
| 80 | 0.00263 | $ 152 | $ 88 | $ 240 |
| 81 | 0.0029 | $ 168 | $ 97 | $ 265 |
| 82 | 0.00277 | $ 160 | $ 92 | $ 252 |
| 83 | 0.00421 | $ 244 | $ 140 | $ 384 |
| 84 | 0.00323 | $ 187 | $ 108 | $ 295 |
| 85 | 0.00323 | $ 187 | $ 108 | $ 295 |
| 86 | 0.00323 | $ 187 | $ 108 | $ 295 |
| 87 | 0.00323 | $ 187 | $ 108 | $ 295 |
| 88 | 0.00421 | $ 244 | $ 140 | $ 384 |
| 89 | 0.00421 | $ 244 | $ 140 | $ 384 |
| 90 | 0.00323 | $ 187 | $ 108 | $ 295 |
| 91 | 0.00323 | $ 187 | $ 108 | $ 295 |
| 92 | 0.00323 | $ 187 | $ 108 | $ 295 |
| 93 | 0.00323 | $ 187 | $ 108 | $ 295 |
| 94 | 0.00421 | $ 244 | $ 140 | $ 384 |
| 95 | 0.00362 | $ 210 | $ 121 | $ 331 |
| 96 | 0.00296 | $ 171 | $ 99 | $ 270 |
| 97 | 0.00296 | $ 171 | $ 99 | $ 270 |
| 98 | 0.00296 | $ 171 | $ 99 | $ 270 |
| 99 | 0.00296 | $ 171 | $ 99 | $ 270 |
| 100 | 0.00362 | $ 210 | $ 121 | $ 331 |
| 101 | 0.00277 | $ 160 | $ 92 | $ 252 |
| 102 | 0.00277 | $ 160 | $ 92 | $ 252 |
| 103 | 0.00277 | $ 160 | $ 92 | $ 252 |
| 104 | 0.00277 | $ 160 | $ 92 | $ 252 |
| 105 | 0.00207 | $ 120 | $ 69 | $ 189 |
| 106 | 0.00207 | $ 120 | $ 69 | $ 189 |
| 107 | 0.00207 | $ 120 | $ 69 | $ 189 |
| 108 | 0.00207 | $ 120 | $ 69 | $ 189 |
| 109 | 0.00277 | $ 160 | $ 92 | $ 252 |
| 110 | 0.00277 | $ 160 | $ 92 | $ 252 |
| 111 | 0.00277 | $ 160 | $ 92 | $ 252 |
| 112 | 0.00277 | $ 160 | $ 92 | $ 252 |

| UNIT | % VALUE | MONTHLY DUES JAN. THRU DEC. | ADDITIONAL ASSESSMENT MARCH THRU AUG. | TOTAL DUE MARCH THRU AUG. |
|---|---|---|---|---|
| 113 | 0.00277 | $ 160 | $ 92 | $ 252 |
| 114 | 0.00277 | $ 160 | $ 92 | $ 252 |
| 115 | 0.00277 | $ 160 | $ 92 | $ 252 |
| 116 | 0.00277 | $ 160 | $ 92 | $ 252 |
| 117 | 0.00207 | $ 120 | $ 69 | $ 189 |
| 118 | 0.00207 | $ 120 | $ 69 | $ 189 |
| 119 | 0.00207 | $ 120 | $ 69 | $ 189 |
| 120 | 0.00207 | $ 120 | $ 69 | $ 189 |
| 121 | 0.00277 | $ 160 | $ 92 | $ 252 |
| 122 | 0.00277 | $ 160 | $ 92 | $ 252 |
| 123 | 0.00277 | $ 160 | $ 92 | $ 252 |
| 124 | 0.00277 | $ 160 | $ 92 | $ 252 |
| 125 | 0.00421 | $ 244 | $ 140 | $ 384 |
| 126 | 0.00323 | $ 187 | $ 108 | $ 295 |
| 127 | 0.00323 | $ 187 | $ 108 | $ 295 |
| 128 | 0.00323 | $ 187 | $ 108 | $ 295 |
| 129 | 0.00323 | $ 187 | $ 108 | $ 295 |
| 130 | 0.00421 | $ 244 | $ 140 | $ 384 |
| 131 | 0.00277 | $ 160 | $ 92 | $ 252 |
| 132 | 0.00277 | $ 160 | $ 92 | $ 252 |
| 133 | 0.00277 | $ 160 | $ 92 | $ 252 |
| 134 | 0.00277 | $ 160 | $ 92 | $ 252 |
| 135 | 0.00207 | $ 120 | $ 69 | $ 189 |
| 136 | 0.00207 | $ 120 | $ 69 | $ 189 |
| 137 | 0.00207 | $ 120 | $ 69 | $ 189 |
| 138 | 0.00207 | $ 120 | $ 69 | $ 189 |
| 139 | 0.00277 | $ 160 | $ 92 | $ 252 |
| 140 | 0.00277 | $ 160 | $ 92 | $ 252 |
| 141 | 0.00277 | $ 160 | $ 92 | $ 252 |
| 142 | 0.00277 | $ 160 | $ 92 | $ 252 |
| 143 | 0.00277 | $ 160 | $ 92 | $ 252 |
| 144 | 0.00277 | $ 160 | $ 92 | $ 252 |
| 145 | 0.00277 | $ 160 | $ 92 | $ 252 |
| 146 | 0.00277 | $ 160 | $ 92 | $ 252 |
| 147 | 0.00207 | $ 120 | $ 69 | $ 189 |
| 148 | 0.00207 | $ 120 | $ 69 | $ 189 |
| 149 | 0.00207 | $ 120 | $ 69 | $ 189 |
| 150 | 0.00207 | $ 120 | $ 69 | $ 189 |
| 151 | 0.00277 | $ 160 | $ 92 | $ 252 |
| 152 | 0.00277 | $ 160 | $ 92 | $ 252 |
| 153 | 0.00277 | $ 160 | $ 92 | $ 252 |
| 154 | 0.00277 | $ 160 | $ 92 | $ 252 |
| 155 | 0.00427 | $ 247 | $ 142 | $ 389 |
| 156 | 0.00323 | $ 187 | $ 108 | $ 295 |
| 157 | 0.00323 | $ 187 | $ 108 | $ 295 |
| 158 | 0.00427 | $ 247 | $ 142 | $ 389 |
| 159 | 0.00421 | $ 244 | $ 140 | $ 384 |
| 160 | 0.00382 | $ 221 | $ 127 | $ 348 |
| 161 | 0.00382 | $ 221 | $ 127 | $ 348 |
| 162 | 0.00382 | $ 221 | $ 127 | $ 348 |
| 163 | 0.00382 | $ 221 | $ 127 | $ 348 |
| 164 | 0.00421 | $ 244 | $ 140 | $ 384 |
| 165 | 0.00421 | $ 244 | $ 140 | $ 384 |
| 166 | 0.00362 | $ 210 | $ 121 | $ 331 |
| 167 | 0.00382 | $ 221 | $ 127 | $ 348 |
| 168 | 0.00382 | $ 221 | $ 127 | $ 348 |
| 169 | 0.00362 | $ 210 | $ 121 | $ 331 |
| 170 | 0.00421 | $ 244 | $ 140 | $ 384 |
| 171 | 0.00427 | $ 247 | $ 142 | $ 389 |
| 172 | 0.00323 | $ 187 | $ 108 | $ 295 |
| 173 | 0.00323 | $ 187 | $ 108 | $ 295 |
| 174 | 0.00427 | $ 247 | $ 142 | $ 389 |
| 175 | 0.00421 | $ 244 | $ 140 | $ 384 |
| 176 | 0.00382 | $ 221 | $ 127 | $ 348 |
| 177 | 0.00382 | $ 221 | $ 127 | $ 348 |
| 178 | 0.00382 | $ 221 | $ 127 | $ 348 |
| 179 | 0.00382 | $ 221 | $ 127 | $ 348 |
| 180 | 0.00421 | $ 244 | $ 140 | $ 384 |
| 181 | 0.00362 | $ 210 | $ 121 | $ 331 |
| 182 | 0.00296 | $ 171 | $ 99 | $ 270 |
| 183 | 0.00296 | $ 171 | $ 99 | $ 270 |
| 184 | 0.00296 | $ 171 | $ 99 | $ 270 |
| 185 | 0.00296 | $ 171 | $ 99 | $ 270 |
| 186 | 0.00362 | $ 210 | $ 121 | $ 331 |
| 187 | 0.00427 | $ 247 | $ 142 | $ 389 |
| 188 | 0.00323 | $ 187 | $ 108 | $ 295 |
| 189 | 0.00323 | $ 187 | $ 108 | $ 295 |
| 190 | 0.00427 | $ 247 | $ 142 | $ 389 |
| 191 | 0.00277 | $ 160 | $ 92 | $ 252 |
| 192 | 0.00277 | $ 160 | $ 92 | $ 252 |
| 193 | 0.00277 | $ 160 | $ 92 | $ 252 |
| 194 | 0.00277 | $ 160 | $ 92 | $ 252 |
| 195 | 0.00207 | $ 120 | $ 69 | $ 189 |
| 196 | 0.00207 | $ 120 | $ 69 | $ 189 |
| 197 | 0.00207 | $ 120 | $ 69 | $ 189 |
| 198 | 0.00207 | $ 120 | $ 69 | $ 189 |
| 199 | 0.00277 | $ 160 | $ 92 | $ 252 |
| 200 | 0.00277 | $ 160 | $ 92 | $ 252 |
| 201 | 0.00277 | $ 160 | $ 92 | $ 252 |
| 202 | 0.00277 | $ 160 | $ 92 | $ 252 |
| 203 | 0.00277 | $ 160 | $ 92 | $ 252 |
| 204 | 0.00277 | $ 160 | $ 92 | $ 252 |
| 205 | 0.00277 | $ 160 | $ 92 | $ 252 |
| 206 | 0.00277 | $ 160 | $ 92 | $ 252 |
| 207 | 0.00207 | $ 120 | $ 69 | $ 189 |
| 208 | 0.00207 | $ 120 | $ 69 | $ 189 |
| 209 | 0.00207 | $ 120 | $ 69 | $ 189 |
| 210 | 0.00207 | $ 120 | $ 69 | $ 189 |
| 211 | 0.00277 | $ 160 | $ 92 | $ 252 |
| 212 | 0.00277 | $ 160 | $ 92 | $ 252 |
| 213 | 0.00277 | $ 160 | $ 92 | $ 252 |
| 214 | 0.00277 | $ 160 | $ 92 | $ 252 |
| 215 | 0.00316 | $ 183 | $ 105 | $ 288 |
| 216 | 0.00301 | $ 174 | $ 100 | $ 274 |
| 217 | 0.00301 | $ 174 | $ 100 | $ 274 |
| 218 | 0.00301 | $ 174 | $ 100 | $ 274 |
| 219 | 0.00301 | $ 174 | $ 100 | $ 274 |
| 220 | 0.00316 | $ 183 | $ 105 | $ 288 |
| 221 | 0.00336 | $ 195 | $ 112 | $ 307 |
| 222 | 0.00323 | $ 187 | $ 108 | $ 295 |
| 223 | 0.00323 | $ 187 | $ 108 | $ 295 |
| 224 | 0.00323 | $ 187 | $ 108 | $ 295 |
| 225 | 0.00323 | $ 187 | $ 108 | $ 295 |
| 226 | 0.00336 | $ 195 | $ 112 | $ 307 |
| 227 | 0.00336 | $ 195 | $ 112 | $ 307 |
| 228 | 0.00323 | $ 187 | $ 108 | $ 295 |

| UNIT | % VALUE | MONTHLY DUES JAN. THRU DEC. | ADDITIONAL ASSESSMENT MARCH THRU AUG. | TOTAL DUE MARCH THRU AUG. | UNIT | % VALUE | MONTHLY DUES JAN. THRU DEC. | ADDITIONAL ASSESSMENT MARCH THRU AUG. | TOTAL DUE MARCH THRU AUG. |
|---|---|---|---|---|---|---|---|---|---|
| 229 | 0.00323 | $ 187 | $ 108 | $ 295 | 289 | 0.00296 | $ 171 | $ 99 | $ 270 |
| 230 | 0.00323 | $ 187 | $ 108 | $ 295 | 290 | 0.00362 | $ 210 | $ 121 | $ 331 |
| 231 | 0.00323 | $ 187 | $ 108 | $ 295 | 291 | 0.00362 | $ 210 | $ 121 | $ 331 |
| 232 | 0.00336 | $ 195 | $ 112 | $ 307 | 292 | 0.00296 | $ 171 | $ 99 | $ 270 |
| 233 | 0.00329 | $ 191 | $ 110 | $ 301 | 293 | 0.00296 | $ 171 | $ 99 | $ 270 |
| 234 | 0.00263 | $ 152 | $ 88 | $ 240 | 294 | 0.00362 | $ 210 | $ 121 | $ 331 |
| 235 | 0.0029 | $ 168 | $ 97 | $ 265 | 295 | 0.00316 | $ 183 | $ 105 | $ 288 |
| 236 | 0.00277 | $ 160 | $ 92 | $ 252 | 296 | 0.00301 | $ 174 | $ 100 | $ 274 |
| 237 | 0.00329 | $ 191 | $ 110 | $ 301 | 297 | 0.00301 | $ 174 | $ 100 | $ 274 |
| 238 | 0.00263 | $ 152 | $ 88 | $ 240 | 298 | 0.00301 | $ 174 | $ 100 | $ 274 |
| 239 | 0.0029 | $ 168 | $ 97 | $ 265 | 299 | 0.00301 | $ 174 | $ 100 | $ 274 |
| 240 | 0.00277 | $ 160 | $ 92 | $ 252 | 300 | 0.00316 | $ 183 | $ 105 | $ 288 |
| 241 | 0.00329 | $ 191 | $ 110 | $ 301 | 301 | 0.00362 | $ 210 | $ 121 | $ 331 |
| 242 | 0.00263 | $ 152 | $ 88 | $ 240 | 302 | 0.00296 | $ 171 | $ 99 | $ 270 |
| 243 | 0.0029 | $ 168 | $ 97 | $ 265 | 303 | 0.00296 | $ 171 | $ 99 | $ 270 |
| 244 | 0.00277 | $ 160 | $ 92 | $ 252 | 304 | 0.00296 | $ 171 | $ 99 | $ 270 |
| 245 | 0.00329 | $ 191 | $ 110 | $ 301 | 305 | 0.00296 | $ 171 | $ 99 | $ 270 |
| 246 | 0.00263 | $ 152 | $ 88 | $ 240 | 306 | 0.00362 | $ 210 | $ 121 | $ 331 |
| 247 | 0.0029 | $ 168 | $ 97 | $ 265 | 307 | 0.00362 | $ 210 | $ 121 | $ 331 |
| 248 | 0.00277 | $ 160 | $ 92 | $ 252 | 308 | 0.00296 | $ 171 | $ 99 | $ 270 |
| 249 | 0.00362 | $ 210 | $ 121 | $ 301 | 309 | 0.00296 | $ 171 | $ 99 | $ 270 |
| 250 | 0.00323 | $ 187 | $ 108 | $ 295 | 310 | 0.00362 | $ 210 | $ 121 | $ 331 |
| 251 | 0.00323 | $ 187 | $ 108 | $ 295 | 311 | 0.00329 | $ 191 | $ 110 | $ 301 |
| 252 | 0.00323 | $ 187 | $ 108 | $ 295 | 312 | 0.00263 | $ 152 | $ 88 | $ 240 |
| 253 | 0.00323 | $ 187 | $ 108 | $ 295 | 313 | 0.0029 | $ 168 | $ 97 | $ 265 |
| 254 | 0.00362 | $ 210 | $ 121 | $ 331 | 314 | 0.00277 | $ 160 | $ 92 | $ 252 |
| 255 | 0.00362 | $ 210 | $ 121 | $ 331 | 315 | 0.00329 | $ 191 | $ 110 | $ 301 |
| 256 | 0.00296 | $ 171 | $ 99 | $ 270 | 316 | 0.00263 | $ 152 | $ 88 | $ 240 |
| 257 | 0.00296 | $ 171 | $ 99 | $ 270 | 317 | 0.0029 | $ 168 | $ 97 | $ 265 |
| 258 | 0.00296 | $ 171 | $ 99 | $ 270 | 318 | 0.00277 | $ 160 | $ 92 | $ 252 |
| 259 | 0.00296 | $ 171 | $ 99 | $ 270 | 319 | 0.00329 | $ 191 | $ 110 | $ 301 |
| 260 | 0.00362 | $ 210 | $ 121 | $ 331 | 320 | 0.00263 | $ 152 | $ 88 | $ 240 |
| 261 | 0.00421 | $ 244 | $ 140 | $ 384 | 321 | 0.0029 | $ 168 | $ 97 | $ 265 |
| 262 | 0.00382 | $ 221 | $ 127 | $ 348 | 322 | 0.00277 | $ 160 | $ 92 | $ 252 |
| 263 | 0.00382 | $ 221 | $ 127 | $ 348 | 323 | 0.00329 | $ 191 | $ 110 | $ 301 |
| 264 | 0.00382 | $ 221 | $ 127 | $ 348 | 324 | 0.00263 | $ 152 | $ 88 | $ 240 |
| 265 | 0.00382 | $ 221 | $ 127 | $ 348 | 325 | 0.0029 | $ 168 | $ 97 | $ 265 |
| 266 | 0.00421 | $ 244 | $ 140 | $ 384 | 326 | 0.00277 | $ 160 | $ 92 | $ 252 |
| 267 | 0.00329 | $ 191 | $ 110 | $ 301 | | | | | |
| 268 | 0.00263 | $ 152 | $ 88 | $ 240 | | | | | |
| 269 | 0.0029 | $ 168 | $ 97 | $ 265 | | | | | |
| 270 | 0.00277 | $ 160 | $ 92 | $ 252 | | | | | |
| 273 | 0.00362 | $ 210 | $ 121 | $ 331 | | | | | |
| 274 | 0.00296 | $ 171 | $ 99 | $ 270 | | | | | |
| 275 | 0.00296 | $ 171 | $ 99 | $ 270 | | | | | |
| 276 | 0.00296 | $ 171 | $ 99 | $ 270 | | | | | |
| 277 | 0.00296 | $ 171 | $ 99 | $ 270 | | | | | |
| 278 | 0.00362 | $ 210 | $ 121 | $ 331 | | | | | |
| 279 | 0.00421 | $ 244 | $ 140 | $ 384 | | | | | |
| 280 | 0.00382 | $ 221 | $ 127 | $ 348 | | | | | |
| 281 | 0.00382 | $ 221 | $ 127 | $ 348 | | | | | |
| 282 | 0.00382 | $ 221 | $ 127 | $ 348 | | | | | |
| 283 | 0.00382 | $ 221 | $ 127 | $ 348 | | | | | |
| 284 | 0.00421 | $ 244 | $ 140 | $ 384 | | | | | |
| 285 | 0.00362 | $ 210 | $ 121 | $ 331 | | | | | |
| 286 | 0.00296 | $ 171 | $ 99 | $ 270 | | | | | |
| 287 | 0.00296 | $ 171 | $ 99 | $ 270 | | | | | |
| 288 | 0.00296 | $ 171 | $ 99 | $ 270 | | | | | |