# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:  
Robert M. Worden  
                Debtor.  
_____/

Chapter 13 No. 13-42475

Hon. Mark A. Randon

## CERTIFICATE OF SERVICE

The undersigned states that copies of Ditech Financial LLC fka Green Tree Servicing LLC's Response to Notice of Final Cure Payment were served upon the following parties, either electronically or by depositing said copies on April 12, 2017 in the U.S. mail, postage prepaid, properly addressed as follows:

**Robert M. Worden**  
42450 Sheldon Place Apt 212  
Clinton Township, MI 48038

**Krispen S. Carroll**  
719 Griswold  
Suite 1100  
Detroit, MI 48226

**Noel Aaron Cimmino**  
17515 West Nine Mile Rd.  
Suite 420  
Southfield, MI 48075

/S/ Tito Silvestri  
Legal Assistant  
Trott Law, P.C.  
Attorney for Ditech Financial LLC fka Green Tree Servicing LLC  
31440 Northwestern Hwy Ste. 200  
Farmington Hills, MI 48334-5422  
248.642.2515  
Email: EasternECF@trottlaw.com

TROTT LAW, P.C.  
31440 NORTHWESTERN HWY  
STE. 200  
FARMINGTON HILLS, MI 48334-5422  
PHONE 248.642.2515  
FACSIMILE 248.642.3628