UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

| | |
|---|---|
| IN THE MATTER OF: | CHAPTER 13 |
| Robert M Worden | Case No.: 13-42475-MAR |
| | JUDGE: MARK A RANDON |

Debtor_____

## CERTIFICATE OF SERVICE OF CHAPTER 13 TRUSTEE'S
## FINAL REPORT AND ACCOUNT AND SUMMARY OF TRUSTEE'S FINAL REPORT

I hereby certify that on August 28, 2017, I electronically filed the Chapter 13 Standing Trustee's

Final Report and Account with the Clerk of the Court using the ECF system .

The following parties were served electronically:

    JOHN STEINBERGER
    17515 W NINE MILE RD #420
    SOUTHFIELD, MI  48075


I also hereby certify that on August 28, 2017, the following parties were served a copy of the

Chapter 13 Trustee's Final Report and Account via First Class Mail at the addresses below with

the lawful amount of postage affixed thereto:

    ROBERT M WORDEN
    42450 SHELDON PLACE APT 212
    CLINTON TOWNSHIP, MI  48038

I further hereby certify that on June 15, 2017, the following parties were served with a Summary of Final Report via First Class Mail by causing the same to be deposited in a United States Postal Box with the lawful amount of postage affixed thereto:

BUTLER BUTLER & ROWSE-OBERLE PLLC
24525 HARPER AVE
ST CLAIR SHORES, MI 48080

CACH LLC
P O BOX 10587
GREENVILLE, SC 29603

CACH LLC
P O BOX 5980
DENVER, CO 80217

CAPITAL ONE BANK USA NA
% AMERICAN INFOSOURCE LP
P O BOX 71083
CHARLOTTE, NC 28272

CAPITAL ONE NA
% BECKET AND LEE
P O BOX 3001
MALVERN, PA 19355

CHARTER ONE BANK
1000 LAFAYETTE BLVD
BRIDGEPORT, CT 06604

CHASE BANK
P O BOX 15298
WILMINGTON, DE 43081

DISCOVER PRODUCTS INC
P O BOX 3025
NEW ALBANY, OH 43054-3025

FORD MOTOR CREDIT
CH 13 DRAWER 55 953
P O BOX 55000
DETROIT, MI 48255

GREEN TREE SERVICING LLC
P O BOX 0049
PALATINE, IL 60055

LAKE TRUST CREDIT UNION
4605 S US HIGHWAY 23
BRIGHTON, MI 48114

LINCOLN AUTOMOTIVE
P O BOX 542000
OMAHA, NE 68154

MICHIGAN COLLECTION LAWYERS PLLC
P O BOX 380765
CLINTON TWP, MI 48308

OAK HARBOR CAPITAL LLC
% WEINSTEIN AND RILEY PS
P O BOX 3978
SEATTLE, WA 98124

PORTFOLIO RECOVERY ASSOCIATES LLC
P O BOX 12914
NORFOLK, VA 23541

Page 2 of 3
13-42475-mar    Doc 62    Filed 08/28/17    Entered 08/28/17 12:06:27    Page 2 of 3

RBS CITIZENS
443 JEFFERSON BOULEVARD RJW135
WARWICK, RI 02886

SCHULTZ ESTATES II ASSOC
% MICHIGAN COLLECTION LAWYERS
P O BOX 380765
CLINTON TWP, MI 48038

SYNCHRONY BANK
% RECOVERY MANAGEMENT SYSTEMS CORP
25 SE 2ND AVE STE 1120
MIAMI, FL 33131-1605

TROTT LAW PC
31440 NORTHWESTERN HWY #200
FARMINGTON HILLS, MI 48334-2525

UCB COLLECTIONS
5620 SOUTHWYCK
TOLEDO, OH 43614

Dated: August 28, 2017

/s/ Travis Hall
Office of the Chapter 13 Standing Trustee
KRISPEN S. CARROLL
719 Griswold Street, Suite 1100
Detroit, MI 48226
(313) 962-5035

Page 3 of 3
13-42475-mar    Doc 62    Filed 08/28/17    Entered 08/28/17 12:06:27    Page 3 of 3