UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION

IN RE:

Robert M. Worden,

Debtor.

CHAPTER 13
CASE NO.: 13-42475-mar
HON. Mark A. Randon

_____/

## EX-PARTE ORDER GRANTING MOTION TO RESTRICT PUBLIC ACCESS AND ALLOW REDACTION OF INFORMATION

**THIS MATTER** having come before the Court on Secured Creditor DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC's Ex-Parte Motion to Restrict Public Access and Allow Redaction of Information, the Court having reviewed the Motion and the file;

**IT IS ORDERED:**

1. In accordance with Fed. R. Bankr. P. 9037, Secured Creditor's Ex-Parte Motion to Restrict Public Access and Allow Redaction of Information is GRANTED.

2. Access to the document(s)/claim(s) listed below shall be restricted and a remediated filing of the document(s)/claim(s) shall be allowed:

    a. Proof of Claim, filed on March 11, 2013, as claim number 4-1 on the Claims Register.

3. A remediated filing of the above-mentioned documents(s)/claim(s) shall be filed within 7 days of entry of this order.

**Signed on December 19, 2017**



/s/ Mark A. Randon
Mark A. Randon
United States Bankruptcy Judge